Adam J. Friedman, Esq.
FRIEDMAN VARTOLO LLP
*Attorneys for Defendants MTGLQ Investors, LP,*
*Selene Finance LP, Mortgage Electronic*
*Registration Systems, Inc., and Fannie Mae*
85 Broad Street, Suite 501
New York, New York 10004
(212) 471-5100
afriedman@friedmanvartolo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

| | |
|---|---|
| ATTA-LASEE A. MENSAH,            : | Case No.: 2:18-cv-09247-ES-MAH |
|                Plaintiff,     : | |
|    -against-                                   : | **NOTICE OF MOTION** |
|                              : | **TO DISMISS COMPLAINT** |
| DEBORAH MANNING; NATIONSTAR        : | |
| MORTGAGE, LLC; MTGLQ INVESTORS, L.P.; : | |
| SELENE FINANCE; FANNIE MAE; BETTER : | |
| HOMES AND GARDENS RAND REALTY;     : | |
| BANK OF AMERICA HOME LOANS INC.;   : | |
| DAVID SPECTOR; BANK OF AMERICA, N.A.; : | |
| MORTGAGE ELECTRONIC REGISTRATION   : | |
| SYSTEMS, INC.; STERN, LAVINTHALL,  : | |
| FRANKENBERG & NORGAARD, LLC; GARY  : | |
| K. NORGAARD; STACEY E. KRANZ;      : | |
| JEANETTE FRANKENBERG; MARY KIST;   : | |
| BENJAMIN HILLIS; SHELBY JOE BUTLER; : | |
| STERN, LAVINTHAL & FRANKENBERG LLC; : | |
| CHRISTOPHER S. TRETOLA; JERRY      : | |
| MENYWETHER; KELLY E. DROHAN,       : | |
|                              : | |
|                Defendants.   : | |

-----------------------------------------------------------X

TO:    Atta-Lasse A. Mensah
         *Plaintiff, Pro Se*
         245 Ampere Parkway
         Bloomfield, New Jersey 07003

      **PLEASE TAKE NOTICE** that on August 6, 2018, or as soon thereafter as counsel may be heard, Defendants MTGLQ Investors LP, Selene Finance LP, Mortgage Electronic Registration Systems, Inc., and Fannie Mae (collectively, hereinafter Defendants"). By and trough their

undersigned counsel, shall move before the Honorable Esther Sales, U.S.D.J., United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for the entry of an Order dismissing the Complaint of the Plaintiff, Atta-Lasee A. Mensah (hereinafter "Plaintiff"), with prejudice, pursuant to the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, Defendants rely upon the accompanying Certification of Counsel dated July 11, 2018, the exhibits annexed thereto, as well as the brief submitted herewith. A proposed form of Order dismissing the Complaint with prejudice is also included herewith.

Dated: July 11, 2018

          Yours, etc.,

          FRIEDMAN VARTOLO LLP

By:   /s/ Adam J. Friedman
      Adam J. Friedman, Esq.
      *Attorneys for Defendants MTGLQ Investors, LP, Selene Finance LP, Mortgage Electronic Registration Systems, Inc., and Fannie Mae*
      85 Broad Street, Suite 501
      New York, New York 1004
      (212) 471-5100
      afriedman@friedmanvarolo.com