Adam J. Friedman, Esq.
FRIEDMAN VARTOLO LLP
*Attorneys for Defendants MTGLQ Investors, LP,
Selene Finance LP, Mortgage Electronic
Registration Systems, Inc., and Fannie Mae*
85 Broad Street, Suite 501
New York, New York 10004
(212) 471-5100
afriedman@friedmanvartolo.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
ATTA-LASEE A. MENSAH,  :  Case No.: 2:18-cv-09247-ES-MAH
                Plaintiff,  :
  -against-  :  **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
                :
DEBORAH MANNING; NATIONSTAR  :
MORTGAGE, LLC; MTGLQ INVESTORS, L.P.;  :
SELENE FINANCE; FANNIE MAE; BETTER  :
HOMES AND GARDENS RAND REALTY;  :
BANK OF AMERICA HOME LOANS INC.;  :
DAVID SPECTOR; BANK OF AMERICA, N.A.;  :
MORTGAGE ELECTRONIC REGISTRATION  :
SYSTEMS, INC.; STERN, LAVINTHALL,  :
FRANKENBERG & NORGAARD, LLC; GARY  :
K. NORGAARD; STACEY E. KRANZ;  :
JEANETTE FRANKENBERG; MARY KIST;  :
BENJAMIN HILLIS; SHELBY JOE BUTLER;  :
STERN, LAVINTHAL & FRANKENBERG LLC;  :
CHRISTOPHER S. TRETOLA; JERRY  :
MENYWETHER; KELLY E. DROHAN,  :
                :
              Defendants.  :
-----------------------------------------------------------X

      This matter having been opened before the Court on the motion of Defendants MTGLQ Investors LP, Selene Finance LP, Mortgage Electronic Registration Systems, Inc., and Fannie Mae (collectively, hereinafter Defendants") to dismiss the Complaint of the Plaintiff, Atta-Lasee A. Mensah (hereinafter "Plaintiff"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and the motion having been served upon Plaintiff, and the Court having considered the papers submitted on behalf of all parties; and for good cause shown:

It is on this _____ day of _____, 2018.

**ORDERED** that Defendants' motion is hereby granted in all respects; and it is further

**ORDERED** that the Complaint filed by Plaintiff with the United States District Court, District of New Jersey, on May 16, 2018, is hereby dismissed with prejudice as against Defendants.

E N T E R:

_____
Hon. Esther Salas, U.S.D.J.